USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___07/03/2024___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA             :
                :
       -v-             :         24CR415 (KHP)
                :
CHRISIE SALTER,            :        SENTENCING ORDER
                :
        Defendant(s).     :
                :
-----------------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

It is hereby ORDERED that sentencing in this matter is scheduled for **Monday, January 6, 2025 at 10:00 a.m.** in Courtroom 17D of 500 Pearl Street, New York, New York 10007.

Defendant's sentencing submission shall be served by no later than **December 6, 2024.** The Government's sentencing submission shall be served no later than **December 13, 2024**.  The parties should provide the Court with one courtesy hard copy of each submission when it is served.  If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

      **SO ORDERED.**

Dated: July 3, 2024
      New York, New York

_____
      KATHARINE H. PARKER
      United States Magistrate Judge